739 A.2d 160

## METHODIST HOSPITAL

v.

## John CAMPISI and Daniel Del Collo, Jr., Esquire.

### Appeal of Daniel Del Collo, Jr., Esquire.

Supreme Court of Pennsylvania.

Argued Oct. 19, 1999.

Decided Nov. 8, 1999.

P.A.T. Cardy, Philadelphia, for Daniel Del Collo, Jr.

Howard R. Maniloff, Philadelphia, for Methodist Hosp.

Lauren Levin, Philadelphia, for John Campisi.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

## *O R D E R*

PER CURIAM:

Appeal dismissed as having been improvidently granted.